## Brown et al., Appellants, *v.* Granite Mutual Insurance Company.

Argued December 10, 1969. *Leonard M. Sagot,* with him *Ettinger, Poserina, Silverman, Dubin and Sagot,* for appellants; *J. Erwin,* with him *C. Gary Wynkoop* and *George P. Williams, III,* and *Schnader, Harrison, Segal & Lewis,* for appellee.

Judgment affirmed.